[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
SEP 23 2016
SEP 23, 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cheryl Goode )
_____ )
   , )
**Plaintiff(s),** )
 )
vs. )  16CV9171
Cambridge Manor 2631 S. Prarie Ave ) JUDGE KENDALL
Gwendolyn Henderson 2631 S. Indiana ) MAG. JUDGE KIM
David Landau Attorney for Unknown )
134 N. Lasalle St Chicago, IL 60602 )
Judge Alison C. Conlon )
Richard J. Daley Center, 50 W. Washing- )
ton Street Chicago, IL 60612 RM 1403 )
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is  Cheryl Goode                                                         .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Cambridge Manor__, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____or

   ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Chicago, Illinois__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __June 25, 2014__, at approximately __10:30__ ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Cambridge Manor office__, in the County of __Cook__, State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____
   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which <u>custom</u> or policy is the following: (**Leave blank if no custom or policy is alleged**): Cambridge Manor used Custom to have Plaintiff denied fundamental rights to Substantive as well as Procedural due Process and equal Protection under Law.

8. Plaintiff was charged with one or more crimes, specifically:
   N/A

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   _____.

   ☒ Other: Plaintiff Consitutional Rights were violated. 42 U.S. Code §1983 - Civil action for deprivation of rights.

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Defendants are all guilty of, If two or more Persons... Conspire.. for the Purpose of depriving... any Person... of the equal Protection of the laws... as defendants did to Plaintiff, the Party/defendants so Injured and deprived have an action for recovery of damages... RECOVERY OF damages... RECOVERY OF DAMAGES AGAINST ANY ONE OR MORE OF THE CONSPIRATORS. NO EXCLUSIONS FOR JUDGES BY ANY ACT OF CONGRESS, UNITED STATES CODE, TITLE 42, SECTION 1986. EVERY PERSON who, having knowledge that any of the wrongs..... are about to be committed, and having power to prevent or and in Preventing the commission of the same neglects or refuses to do

11. Defendant acted knowingly, intentionally, willfully and maliciously. So... Shill be liable.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff was injured by the defendant Gwendolyn Henderson and her attorney when Plaintiff on June 29, 2016 was being forced, coerced, and threaten into signing agreed court order, which violates Plaintiff Constitutional Rights, 1983, 1985, 1986.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Cheryl Goode*

Plaintiff's name *(print clearly or type)*: Cheryl Goode

Plaintiff's mailing address: 2631 S. Indiana Ave Apt 711

City Chicago          State IL          ZIP 60616

Plaintiff's telephone number: (312) 628-0387.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes [X] No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]